■ BRENDA AVERSA, Respondent, v STEVEN BARTLETT, Appellant. (Appeal No. 1.) [782 NYS2d 219]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered September 8, 2003. The order denied defendant's motion to set aside the jury verdict and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.